# United States Bankruptcy Court
## CENTRAL District of CALIFORNIA

**ORIGINAL** | **Voluntary Petition**

| Name of debtor (if individual, enter Last, First, Middle) | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| BACKMAN, MARTIN JOSE | BACKMAN, MONICA GABRIELA |
| All Other Names used by the debtor in the last 6 years (Include married, maiden, and trade names) | All Other Names used by the joint debtor in the last 6 years (Include married, maiden, and trade names) |
| None | Monica Gabriela Sosa (Maiden Name) <br> Monica Rivas (Stage Name) |
| Soc.Sec./Tax I.D. No. (If more than one, state all) <br> 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 | Soc.Sec./Tax I.D. No. (If more than one, state all) <br> 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 |
| Street Address of Debtor (No. and Sreet, City, State, and Zip Code) <br> 29923 Quail Run Drive <br> Agoura Hills, CA 91301 | Street Address of Joint Debtor (No. and Street, City, State, and Zip Code) <br> 29923 Quail Run Drive <br> Agoura Hills, CA 91301 |
| County of Residence or the Principal Place of Business: Los Angeles | County of Residence or the Principal Place of Business: Los Angeles |
| Mailing Address of Debtor (If different from street address) Same | Mailing Address of Joint Debtor (If different from street address) Same |

Location of Principal Assets of Business Debtor (If different from addresses listed above)

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

**Type of Debtor** (Check any applicable box)
- [ ] Individual
- [x] Joint (Husband and Wife)
- [ ] Partnership
- [ ] Other _____
- [ ] Corporation Publicly Held
- [ ] Corporation Not Publicly Held
- [ ] Municipality

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**Nature of Debt** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Small Business (Chapter 11 only)**
- [ ] Debtor is a small business as defined in U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Filing fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information (Estimates only)**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

This Space is for Court Use Only

10/16/2000  **FILED**  11:38
**SV00-19306KL**
DEBTOR:
  BACKMAN, MARTIN JOSE
JUDGE: HON. K. Lax - 465
TRUSTEE: BT58  CH: 07 (COMPLETE)
341A MTG: 11/20/2000 02:00 SFV
ADR: 21041 Burbank,#126,Woodland Hill

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.  ID: 607
RECEIPT NO: SV-012803  $ 200.00

© 1997 WEST GROUP

| **Voluntary Petition** | BACKMAN, MARTIN JOSE | FORM B1, Page 2 |
|---|---|---|
| (This page must be completed and filed in every case) | Name of Debtor BACKMAN, MONICA GABRIELA | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed. |
|---|---|---|
| | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of the Debtor (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| District | Relationship | Judge |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _[signature]_
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

10-12-00
Date

**Signature of Attorney**

_[signature]_
Signature of Attorney for Debtor(s)

Kenderton S. Lynch                              90604
Printed Name of Attorney for Debtor(s)

KRAKCHAK & ASSOCIATES
Firm Name

1888 Century Park East
19th Floor
Los Angeles, CA 90067
Address

10-12-00                     (310) 772-0034
Date                         Telephone No.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7,11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____        10-    -00
Signature of Attorney                       Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Print or Type Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. § 156.

© 1997 WEST Group