United States Bankruptcy Court

CENTRAL **District of** CALIFORNIA

In re BACKMAN, MARTIN J. & MONICA G.
                    Debtor

Case No. _____

Chapter _____Seven_____

## INFORMATION REQUIRED BY LOCAL RULE 104

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member of any corporation of which the debtor is a director, officer, or person in control, as follows:

CASE NUMBER AND TITLE                      DATE FILED
                                           NATURE OF PROCEEDING
                                           BANKRUPTCY JUDGE
NONE                                       COURT
                                           DISPOSITION

CASE NUMBER AND TITLE                      DATE FILED
                                           NATURE OF PROCEEDING
                                           BANKRUPTCY JUDGE
                                           COURT
                                           DISPOSITION

CASE NUMBER AND TITLE                      DATE FILED
                                           NATURE OF PROCEEDING
                                           BANKRUPTCY JUDGE
                                           COURT
                                           DISPOSITION

2. A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor/joint debtor within the last 180 days:

CASE NUMBER AND TITLE                      DATE FILED
                                           NATURE OF PROCEEDING
                                           BANKRUPTCY JUDGE
NONE                                       COURT
                                           DISPOSITION

CASE NUMBER AND TITLE                      DATE FILED
                                           NATURE OF PROCEEDING
                                           BANKRUPTCY JUDGE
                                           COURT
                                           DISPOSITION

CASE NUMBER AND TITLE                      DATE FILED
                                           NATURE OF PROCEEDING
                                           BANKRUPTCY JUDGE
                                           COURT
                                           DISPOSITION

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Agoura Hills_____, California.    Debtor [signature]

Dated: 10-12-00                                    Joint Debtor [signature]

© 1991 WEST PUBLISHING COMPANY