FORM B6B
(10/89)

In re  BACKMAN, MARTIN J. & MONICA G.                    ,  Case No. _____
              Debtor                                              (If known)

## SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C– Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G– Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash<br><br>Residence | J | 150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br><br>Wells Fargo<br>(Acct.No. 0758736717)<br><br>Checking Account<br><br>Bank of America<br>(Account No. 0397906300) | J<br><br><br><br><br>J | 2000.00<br><br><br><br><br>74.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | None | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Mics. Furniture and Furnishings, Applicances<br><br>Residence | J | 8,500.00 |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re  BACKMAN, MARTIN J. & MONICA G.                     Case No. _____
           Debtor                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | None | | 0.00 |
| 6. Wearing apparel. | | Misc Wearing Apparrel<br><br>Residence | J | 1500.00 |
| 7. Furs and jewelry. | | Misc. Jewelry<br><br>Residence | J | 2,500.00 |
| 8. Firearms and sports, photographic and other hobby equipment. | | Misc. Hobby Equipment<br><br>Residence | J | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Colonial Life (Husband) (750,000 Face Value) Residence | J | 0.00 |
| | | Term Life Insurance Mass. Mutual (Husband) ($1,000,000 Face Value) Residence | J | 0.00 |
| | | Term Life Insurance Jackson National (Wife) $175,000 Face Value Residence | | 0.00 |

© 1991 WEST PUBLISHING COMPANY

Main Document   Page 3 of 6

FORM B6B -
Cont.
(10/89)

In re **BACKMAN, MARTIN J. & MONICA G.**     Case No. _____
              Debtor                                                                (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | | None | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | None | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | None | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | | None | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | None | | 0.00 |
| 15. Accounts receivable. | | None | | 0.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | None | | 0.00 |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re  BACKMAN, MARTIN J. & MONICA G.  Case No. _____
        Debtor                                          (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | None | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | None | | 0.00 |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | None | | 0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | None | | 0.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | None | | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | None | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Volvo V70SR Wagon (17,000 Miles)  Residence | J | 23,025.00 |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re  **BACKMAN, MARTIN J. & MONICA G.**         Case No. _____
              Debtor                                              (If known)

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1998 Land Rover Discover 4WD-LSE Wagon (33,000 Miles) Residence | J | 20,900.00 |
| | | 1998 Mitsubishi Montero Sport LS (35,000 Miles) Mitsubishi of T.Oaks 3766 Auto Mall Drive Thousand Oaks, CA 91362 | J | 14,125.00 |
| 24. Boats, motors, and accessories. | | None | | 0.00 |
| 25. Aircraft and accessories. | | None | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | | None | | 0.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | Misc. Medical Instruments, Computer w/ patient histories Residence | J | 1,500.00 |
| 28. Inventory. | | None | | 0.00 |

© 1991 WEST PUBLISHING COMPANY

FORM B6B
Cont.
(10/89)

In re __BACKMAN, MARTIN J. & MONICA G.__          Case No. _____
           Debtor                                          (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Animals. | | None | | 0.00 |
| 30. Crops - growing or harvested. Give particulars. | | None | | 0.00 |
| 31. Farming equipment and implements. | | None | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | | None | | 0.00 |
| 33. Other personal property of any kind not already listed. Itemize. | | None | | 0.00 |

© 1991 WEST PUBLISHING COMPANY     __5__ continuation sheets attached     Total  $  74474.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)