FORM B6C
(6/90)

In re ___BACKMAN, MARTIN J. & MONICA G.___                           Case No _____
                              Debtor                                              (If known)

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C.A. § 522(b)(1)   Exemptions provided in 11 U.S.C.A. § 522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C.A. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Single Family Residence | CCP 704.730 | 75,000.00 | 532,000.00 |
| Mics. Furniture and Furnishings, Applicances | CCP 704.020 | 8,500.00 | 8,500.00 |
| Misc Wearing Apparrel | CCP 704.020 | 1500.00 | 1500.00 |
| Misc. Jewelry | CCP 704.040 | 5000.00 | 2,500.00 |
| Misc. Hobby Equipment | CCP 704.020 | 200.00 | 200.00 |
| Term Life Insurance Colonial Life (Husband) (750,000 Face Value) | CCP 704.100 | 750,000.00 | 0.00 |
| Term Life Insurance Mass. Mutual (Husband) ($1,000,000 Face Value) | CCP 704.100 | 1,000,000.00 | 0.00 |
| Term Life Insurance Jackson National (Wife) $175,000 Face Value | CCP 704.100 | 175,000.00 | 0.00 |

© 1991 WEST PUBLISHING COMPANY

FORM B6C ·
Cont.
(6/90)

In re  BACKMAN, MARTIN J. & MONICA G.                              Case No  _____
                        Debtor                                                          (If known)

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2000 Volvo V70SR Wagon (17,000 Miles) | CCP 704.010 | 1,900.00 | 23,025.00 |
| Misc. Medical Instruments, Computer w/ patient histories | CCP 704.060 | 5000.00 | 1,500.00 |

© 1991 WEST PUBLISHING COMPANY