FORM B6D
(6/90)

In re  BACKMAN, MARTIN J. & MONICA G.
       Debtor

Case No. _____
                (If known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1962-067<br>EMC Mortgage Corp<br>P.O. Box 141358<br>Irving, Texas 75014-1358<br>Atten: Customer Service | | J | Residential Lender<br><br>1997<br>2nd Deed of Trust<br><br>VALUE $ 540,000.00 | | | | 69,417.00 | 0.00 |
| ACCOUNT NO. 2042186169<br>Fairbanks Capital Corp<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | | J | Residential Lender<br><br>1997<br>1st Deed of Trust<br><br>VALUE $ 540,000.00 | | | | 391,961.00 | 0.00 |
| ACCOUNT NO. 00103-72392<br>Fleet Mortgage<br>P.O. Box 3139<br>Milwakee, WI 53201-3139<br>Atten: Customer Service | | J | Residential Lender<br>(Florida Condo)<br>1988<br>1st Deed of Trust<br><br>VALUE $ 45,000.00 | | | | 46,611.00 | 1,611.00 |
| ACCOUNT NO. 2000-230-383<br>Land Rover Financial Srv<br>P.O. Box 3608<br>Dublin, OH 43016-0306 | | J | Vehicle Loan-<br>Landrover Discovery<br>Sept 1998<br>Purchase Money<br><br>VALUE $ 20,900.00 | | | | 31,382.00 | 10,482.00 |

__1__ continuation sheets attached

Subtotal (Total of this page) $ 539371.00

Total (Use only on last page) $

© 1991 WEST PUBLISHING COMPANY                    (Report total also on Summary of Schedules)

FORM B6D
Cont.
(10/89)

In re  BACKMAN, MARTIN J. & MONICA G.          ,          Case No. _____
          Debtor                                                              (If known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | | | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 000460-15883-00001<br>Mellon Bank<br>P.O. Box 20086<br>Encino, CA 91416 | J | Vehicle Loan<br>Volvo V70SR 2000<br>4-2000<br>Purchase Money<br><br>VALUE $ 23,025.00 | | | 21,617.00 | 0.00 |
| ACCOUNT NO. 990020-35724-4<br>Mitsubishi Credit Americ<br>P.O. Box 504724<br>The Lakes, NV<br>88905-4724 | J | Vehicle Loan<br>Mitsubishi Montero<br>1998<br>Purchase Money<br><br>VALUE $ 14,125.00 | | | 27,634.00 | 13,509.00 |
| ACCOUNT NO.<br>North Oaks Condo Assoc<br>P.O. Box 13463<br>Tampa, Florida<br>33681 | J | Condo Assoc. Lien<br>08-02-00<br>Junior Lien<br><br>VALUE $ 45,000.00 | | | 1036.00 | 1036.00 |
| ACCOUNT NO. 2000-17182CC<br>North Oaks Condo Assoc<br>Michael D. LaBarbera<br>LaBarbera & Campbell<br>1907 W. Kennedy Blvd.<br>Tampa, FLA 33606 | J | Condo Assoc. Lien<br>08-02-00<br>Junior Secured Lien<br><br>VALUE $ 45,000.00 | | | Duplicate | 0.00 |
| ACCOUNT NO. | | VALUE $ | | | | |

Sheet no.  1  of  1  continuation sheets attached to Schedule of
Creditors Holding Secured Claims

Subtotal Total of this page) $ 50287.00
Total (Use only on last page) $ 589658.00

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY