FORM B6F
(10/89)

In re __BACKMAN, MARTIN J. & MONICA G._____,    Case No. _____
            Debtor                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5897-1801-0310-6170<br>Assoc. Capital Bank<br>P.O. Box 3988<br>Salt Lake City, UT 84110-3988 | | J | Line of Credit<br><br>8-1998<br><br><br>Setoff Amount                0.00 | | | | 30,827.00 |
| ACCOUNT NO. 5254-0211-9035-1849<br>Bank of America<br>P.O. Box 53137<br>Phoenix, AZ 85072-3137 | | W | Misc. Credit Purchases<br><br>1999-00<br><br><br>Setoff Amount                0.00 | | | | 827.00 |
| ACCOUNT NO. 4024-2120-0384-0092<br>Bank of America<br>P.O. Box 53137<br>Phoeniz, AZ 85072-3137 | | W | Misc. Credit Purchase<br><br>1999-00<br><br><br>Setoff Amount                0.00 | | | | 6,232.00 |
| ACCOUNT NO. M1085427<br>Cedars-Sinai<br>CSME Physcian Billing<br>P.O. Box 512717<br>Los Angeles, CA 90051 | | W | Cedars Sinai<br>Medical Lab Work<br>1999<br><br><br>Setoff Amount                0.00 | | | | 616.00 |

__4__ continuation sheets attached

Subtotal $ 38502.00

Total $

© 1991 WEST PUBLISHING COMPANY                                (Report total also on Summary of Schedules)

FORM B6F -
Cont.
(10/89)

In re  BACKMAN, MARTIN J. & MONICA G.
       Debtor

Case No. _____ (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5369-9003-4934-6457<br>Chase Manhattan Bank USA<br>P.O. Box 15918<br>Wilmington, DE 19850-5918 | | W | Shell Gasoline & Credit Card<br>1994-00<br><br>Setoff Amount       0.00 | | | | 14,416.00 |
| ACCOUNT NO. 6032-5901-5007-4036<br>City Financial Retail Sr<br>P.O. Box 15105<br>Wilmington, DE 19850-5105 | | W | Misc. Credit Purchases<br>1999-00<br><br>Setoff Amount       0.00 | | | | 3,803.00 |
| ACCOUNT NO. 6032-5901-5007-4036<br>City Finanical Retail Sr<br>P.O. Box 221309<br>Charlotte, NC 2822 | | | Duplicate Claim<br>(2nd Address)<br><br>Setoff Amount       0.00 | | | | 0.00 |
| ACCOUNT NO.   No Acct No.<br>Debra Nino<br>31225 La Baya Dr.<br>No. 206<br>Westlake Village, CA 91362 | | W | Chiropractor<br>1998<br><br>Setoff Amount       0.00 | | | | 898.00 |
| ACCOUNT NO.<br>Elisa E. Mendoza<br>2717 N. Buena Vista<br>Burbank, CA 91504 | ✔ | H | Employment dispute<br>1999-00<br><br>Setoff Amount       0.00 | ✔ | ✔ | ✔ | Unknown |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 19117.00
Total $ 
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

FORM B6F
Cont.
(10/89)

In re  **BACKMAN, MARTIN J. & MONICA G.**                     Case No. _____
           Debtor                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. NA<br>Emilio L. Cruz, Md., Inc<br>c/o Valley Neuro Med Grp<br>2601 W. Alameda Avenue<br>No. 402<br>Burbank, CA 91505 | H | Claims arising out of independent contractor<br>2000<br><br>Setoff Amount         0.00 | ✓ | ✓ | ✓ | Unknown |
| ACCOUNT NO. 4124-5005-8800-0036<br>Fleet Credit Card Serv<br>P.O. Box 15480<br>Wilmington, DE 19850 | W | Misc. Credit Purchases<br>1998-00<br><br>Setoff Amount         0.00 | | | | 2,899.00 |
| ACCOUNT NO. 5046-6202-0801-5016<br>G. E. Capital Credit<br>P.O. Box 276<br>Dayton, OH 45401 | W | Misc. Credit Purchase<br>1999<br><br>Setoff Amount         0.00 | | | | 1,242.60 |
| ACCOUNT NO. 7001-0910-0287-0908<br>HR USA Best Buys<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 | J | Misc. Credit Purchases<br>1998-00<br><br>Setoff Amount         0.00 | | | | 3566.62 |
| ACCOUNT NO. 0720-6011-0044-0175<br>HRS USA<br>P.O. Box 703<br>Woodale, Il 60191-0703 | W | Misc. Credit Purchases (Furniture)<br>1999-00<br><br>Setoff Amount         0.00 | | | | 1,903.90 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $  9612.12
Total  $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

FORM B6F -
Cont.
(10/89)

In re  BACKMAN, MARTIN J. & MONICA G.
          Debtor

Case No. _____ (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DEBTOR / HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | | | | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. NA<br>Joseph Cimino<br>14550 Bruce B. Downs Blv<br>No. 18-281<br>Tampa, Florida 33613 | J | Breach of Lease Contract<br>10-2000<br><br>Setoff Amount    0.00 | ✓ | ✓ | ✓ | Unknown |
| ACCOUNT NO. 4264-2902-7702-4360<br>MBNA America<br>P.O. Box 15026<br>Wilmington, DE<br>19850-5026 | W | Misc. Credit Purchases Cash Advances<br>1998-00<br><br>Setoff Amount    0.00 | | | | 16,006.00 |
| ACCOUNT NO. 749-84222-03-2357<br>MBNA- America<br>P.O. Box 15027<br>Wilmington, DE<br>19850-5027 | W | Mis. Credit Purchases Cash Advances<br>1998-00<br><br>Setoff Amount    0.00 | | | | 47,933.00 |
| ACCOUNT NO.<br>Murphy Mathews and Assoc<br>11018 N. Dale Mabry St.<br>Suite 301<br>Tampa, FLA 33618 | J | Contract for Property Mgmt, Florida Condo<br>05- 2000<br><br>Setoff Amount    0.00 | ✓ | ✓ | ✓ | Unknown |
| ACCOUNT NO. 9314-705-465-90<br>Retailers Nat'l Bank<br>Target Credit Services<br>P.O. Box 1581<br>Minneapolis, MN<br>55440-1581 | W | Misc. Credit Purchases<br>1999-00<br><br>Setoff Amount    0.00 | | | | 415.00 |
| | | | | | Subtotal (Total of this page) $ | 64354.00 |
| | | | | | Total $ | |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

FORM B6F - Cont. (10/89)

In re __BACKMAN, MARTIN J. & MONICA G.__   Case No. _____ (If known)
Debtor

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H,W,J,C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0784802-419860<br>Sears Nat'l Bank<br>P.O. Box 818017<br>Cleveland, OH 44181-8017 | | W | Misc. Credit Purchases<br>1998<br><br>Setoff Amount   0.00 | | | | 546.00 |
| ACCOUNT NO. NA<br>Susan Rayburn<br>14550 Bruce B. Downs Blv<br>No. 18-281<br>Tampa, Florida 33613 | | J | Breach of Lease Contract<br>10-2000<br><br>Setoff Amount   0.00 | ✔ | ✔ | ✔ | Unknown |
| ACCOUNT NO. 5483-1101-2114-1743<br>Wachovia Bancard Serv<br>P.O. Box 16989<br>Atlanta, GA 30321 | | W | Misc. Credit Purchases<br>1998-00<br><br>Setoff Amount   0.00 | | | | 5,660.67 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ 6206.67
Total  $ 137791.79
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY