FORM B6G
(10/89)

In re   BACKMAN, MARTIN J. & MONICA G.   , Case No. _____
Debtor                                           (If known)

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Susan Rayburn<br>Joseph Cimino<br>14550 Bruce B. Downs Blv<br>No. 18-281<br>Tampa, Florida 33613 | Tenants at Florida<br>Condominium<br>Leasehold<br>No--Residential |
| Murphy-Mathews Assoc.<br>11018 N. Dale Mabry St<br>Suite 401<br>Tampa, FL 33618 | Real Estate Mgmt Co. fo<br>Florida Condo |
| Emilio Cruz Md, Inc.<br>c/o Valley Neuro Med Grp<br>2601 W. Alameda Avenue<br>No. 402<br>Burbank, CA 91505 | Indepedent Contractor<br>Employment Agreement<br>Nonresidential |

© 1991 WEST PUBLISHING COMPANY