FORM B6I
(6/90)

In re __BACKMAN, MARTIN J. & MONICA G._____    Case No. _____
                     Debtor                                         (if known)

## SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Jordan Paul Backman | 10 | Son |
| | Brendan Ian Backman | 4 | Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Physician --Independent Contractor | Housewife |
| Name of Employer | Valley Neurological Medical Group | |
| How long employed | August 1998 to Present | |
| Address of Employer | 2601 W. Alameda Avenue, No. 402 Burbank, CA 91505 | 29923 Quail Run Drive Agoura Hills, CA 91301 |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 0.00 |
| Estimated monthly overtime | $ .00 | $ 0.00 |
| SUBTOTAL | $ .00 | $ .00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify None            None          ) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ .00 | $ .00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ .00 | $ .00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 15000.00 | $ 0.00 |
| Income from real property | $ 625.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) None          0 | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income   CIGNA Healthcare   None | $ 375.00 | $ 0.00 |
| (Specify) None                 None | $ 0.00 | |
| None | $ 0.00 | |
| TOTAL MONTHLY INCOME | $ 16000.00 | $ .00 |

TOTAL COMBINED MONTHLY INCOME $_____16000.00_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

c 1991 WEST PUBLISHING COMPANY

FORM B6I
Cont
(6/90)

In re  BACKMAN, MARTIN J. & MONICA G. 　　　　　　　　Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### (Continuation Sheet)

| DEPENDENTS OF DEBTOR – (Cont.) | | |
|---|---|---|
| NAMES | AGE | RELATIONSHIP |
| Noelle Jolie Backman | 4 months | Daughter |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document (Cont.):

DEBTOR

SPOUSE

© 1991 WEST PUBLISHING COMPANY