FORM B6J
(6/90)

In re  BACKMAN, MARTIN J. & MONICA G.                    Case No. _____
                              Debtor                                        (If known)

## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 3902.00 |
| Are real estate taxes included?  Yes _____ No ✔ | |
| Is property insurance included?  Yes _____ No ✔ | |
| Utilities  Electricity and heating fuel | $ 350.00 |
|     Water and sewer | $ 125.00 |
|     Telephone | $ 150.00 |
|     Other  Cable TV | $ 50.00 |
| Home Maintenance (Repairs and upkeep) | $ 300.00 |
| Food | $ 1000.00 |
| Clothing | $ 200.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 200.00 |
| Transportation (not including car payments) | $ 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 90.00 |
|     Life | $ 420.00 |
|     Health | $ 500.00 |
|     Auto | $ 220.00 |
|     Other  None | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  Real Estate Taxes | $ 345.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 1777.22 |
|     Other  Credit Card Pymnts | $ 2500.00 |
|     Other  Perscription Drugs | $ 100.00 |
| Alimony, maintenance and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attached detailed statement) | $ 4129.00 |
| Other  See Attached Sheet | $ 2282.50 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 19190.72 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income                                      $ _____
B. Total projected monthly expenses                                    $ _____
C. Excess income (A minus B)                                           $ _____
D. Total amount to be paid into plan each _____                $ _____
                                              (interval)

© 1991 WEST PUBLISHING COMPANY

In Re: BACKMAN, Martin J. & Monica G.                                Case Number: _____

## ATTACHMENT SCHEDULE J- CURRENT EXPENDITURES
## OF INDIVIDUAL DEBTORS

**Other Expenses:**

| | |
|---|---|
| Car Registration: | $ 75.00 |
| Tuition: | |
|     Brendan | $ 200.00 |
|     Jordan | $ 220.00 |
| Cell Phone Expenses (Monica) | $ 60.00 |
| Childcare/Housekeeping | $ 1,000.00 |
| **Subtotal** | **$1,555.00** |

**Rental Property Expenses (Florida Condo)**

| | |
|---|---|
| Mortgage Payment | $ 455.00 |
| Real Property Taxes | $ 60.00 |
| Insurance | $ 10.00 |
| Home Owners Association | $ 140.00 |
| Management | $ 62.50 |
| **Subtotal** | **$ 727.50** |

| | |
|---|---|
| **Total Other Expenses** | **$2,282.50** |

**Dr. Backman Business Expenses**

| | |
|---|---|
| Income taxes (State & Federal) | $2,600.00 |
| Malpractice Insurance | $ 650.00 |
| Disability Insurance | $ 316.00 |
| California License | $ 50.00 |
| DEA License | $ 6.00 |
| Office Supplies | $ 50.00 |
| Continuing Education ( Attendance at Seminars, Periodicals, | $ 35.00 |
|     Reference Materials) | $ 100.00 |
| Pager (Service & Equipment) | $ 100.00 |
| Cell Phone | $ 80.00 |
| Accounting Costs | $ 50.00 |
| Professional Associations | $ 30.00 |
| Hospital Dues | $ 42.00 |
| Computers & Equipment | $ 20.00 |
| **Total Business Expenses** | **$ 4129.00** |

SCHEDULE.WPD\PLD\BACKMAN\KSL