FORM B8
(9/97)

# United States Bankruptcy Court
## CENTRAL District of CALIFORNIA

In re  BACKMAN, MARTIN J. & MONICA G.
       Debtor

Case No. _____
Chapter     Seven

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts is as follows:
    a. Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| Residential Lender (Florida Condo) | Fleet Mortgage |
| Vehicle Loan Mitsubishi Montero | Mitsubishi Credit Americ |

b. Property to Be Retained. [Check any applicable statement.]

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Residential Lender | EMC Mortgage Corp | | | |
| Residential Lender | Fairbanks Capital Corp | | | |
| Vehicle Loan- Landrover Discovery | Land Rover Financial Srv | | | |
| Vehicle Loan Volvo V70SR 2000 | Mellon Bank | | | |

Date: 10/V-00       Signature of Debtor

Date: 10-/V-00      Signature of Joint Debtor

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.

Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X
Signature of Bankruptcy Petition Preparer     Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110, 18 U.S.C. §156.

© 1997 WEST GROUP