# United States Bankruptcy Court

      CENTRAL **District of** CALIFORNIA

In re BACKMAN, MARTIN J. & MONICA G.  
              Debtor

Case No. _____

Chapter    Seven

## DECLARATION CONCERNING LIST OF CREDITORS

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list of creditors, and that it is true and correct to the best of my knowledge, information, and belief.

Date 10-12-00      Signature _____ Debtor

Date 10-12-00      Signature _____ (Joint Debtor, if any)

(If joint case, both spouses must sign)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors, and that it is true and correct to the best of my knowledge, information, and belief.

Date _____

Signature _____

(Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.A. §§ 152 and 3571.

© 1991 WEST PUBLISHING COMPANY