MARTIN J. BACKMAN
29923 Quail Run Drive
Agoura Hills, CA 91301

MONICA G. BACKMAN
29923 Quail Run Drive
Agoura Hills, CA 91301

KRAKCHAK & ASSOCIATES
1888 Century Park East
19th Floor
Los Angeles, CA 90067

Assoc. Capital Bank
P.O. Box 3988
Salt Lake City, UT
84110-3988

Bank  of America
P.O. Box 53137
Phoenix, AZ 85072-3137

Bank of America
P.O. Box 53137
Phoeniz, AZ 85072-3137

Cedars-Sinai
CSME Physcian Billing
P.O. Box 512717
Los Angeles, CA 90051


Chase Manhattan Bank USA
P.O. Box 15918
Wilmington, DE
19850-5918


City Financial Retail Sr
P.O. Box 15105
Wilmington, DE
19850-5105


City Finanical Retail Sr
P.O. Box 221309
Charlotte, NC 2822


Debra Nino
31225 La Baya Dr.
No. 206
Westlake Village, CA


EMC Mortgage Corp
P.O. Box 141358
Irving, Texas 75014-1358
Atten: Customer Service


Elisa E. Mendoza
2717 N. Buena Vista
Burbank, CA 91504

Emilio L. Cruz, Md., Inc
c/o Valley Neuro Med Grp
2601 W. Alameda Avenue
No. 402


Fairbanks Capital Corp
P.O. Box 65250
Salt Lake City, UT
84165-0250


Fleet Credit Card Serv
P.O. Box 15480
Wilmington, DE 19850


Fleet Mortgage
P.O. Box 3139
Milwakee, WI 53201-3139
Atten: Customer Service


G. E. Capital Credit
P.O. Box 276
Dayton, OH 45401


HR   USA Best Buys
P.O. Box 15521
Wilmington, DE
19850-5521


HRS USA
P.O. Box 703
Woodale, Il 60191-0703

Joseph Cimino
14550 Bruce B. Downs Blv
No. 18-281
Tampa, Florida 33613


Land Rover Financial Srv
P.O. Box 3608
Dublin, OH 43016-0306


MBNA America
P.O.Box 15026
Wilmington, DE
19850-5026


MBNA- America
P.O. Box 15027
Wilmington, DE
19850-5027


Mellon Bank
P.O. Box 20086
Encino, CA 91416


Mitsubishi Credit Americ
P.O. Box 504724
The Lakes, NV
88905-4724


Murphy Mathews and Assoc
11018 N. Dale Mabry St.
Suite 301
Tampa, FLA 33618

North Oaks Condo Assoc
P.O. Box 13463
Tampa, Florida
33681


North Oaks Condo Assoc
Michael D. LaBarbera
LaBarbera & Campbell
1907 W. Kennedy Blvd.


Retailers Nat'l Bank
Target Credit Services
P.O. Box 1581
Minneapolis, MN


Sears Nat'l Bank
P.O. Box 818017
Cleveland, OH 44181-8017


Susan Rayburn
14550 Bruce B. Downs Blv
No. 18-281
Tampa, Florida 33613


Wachovia Bancard Serv
P.O. Box 16989
Atlanta, GA 30321