| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Yuri Voronin SBN 206325<br>Manning, Leaver, Bruder & Berberich<br>5750 Wilshire Boulevard, Suite 655<br>Los Angeles, California 90036-3637<br>Tel. (323) 937-4730    Fax (323) 937-6727<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Movant MITSUBISHI MOTORS CREDIT OF AMERICA, INC. | FILED<br>JAN 4 2001 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>MARTIN JOSE BACKMAN and MONICA GABRIELA BACKMAN, Debtors; AMY L. GOLDMAN, Trustee, Respondents<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: SV 00-19306-KL<br>DATE: January 4, 2001<br>TIME: 9:30 AM<br>CTRM: Room 301<br>FLOOR: |
|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Personal Property)
**(MOVANT:** Mitsubishi Motors Credit of America, Inc. **)**

1. The Stay Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by stipulation

2. The Stay Motion affects the following:

    ☒ Vehicle *(describe year, manufacturer, type and model):* 1998 Mitsubishi Montero Sport Utility motor vehicle
       *Vehicle Identification Number:*    JA4MR51R2WJ003335
       *Location of vehicle (if known):*

    ☐ Equipment *(describe manufacturer, type, and characteristics):*
       *Serial number(s):*
       *Location (if known):*

    ENTERED
    JAN – 4 2001

    ☐ Other Personal Property *(describe type, identifying information, and location):*

    ☐ See Exhibit _____ attached to this Order.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

MF I
*Revised November 1999*

**351PP**

*(Continued on Next Page)*

Order Granting Relief from Stay (Personal Property) - *Page 2 of* 4    **351PP**

| In re<br>Martin Jose Backman and Monica Gabriela Backman    (SHORT TITLE) | Debtor(s). | CHAPTER: 7<br>CASE NO.: SV 00-19306-KL |
|---|---|---|

5. [x] Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not repossess the Property before the following date (*specify*):

7. ☐ Any post-petition acts taken after the effective date of this Order by Movant to enforce its remedies, in accordance with applicable non-bankruptcy law, against the Debtor(s) or property of the estate shall not constitute a violation of the stay in this bankruptcy case.

8. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

9. [x] This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

10. This Court further orders as follows:
    a. ☐ This Order shall be binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of this Motion.
    b. [x] The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ See Extraordinary Relief Attachment (*Use Optional Form 351ER*) for additional provisions.
    d. ☐ See attached continuation page for additional provisions.

Dated: January 04, 2001

*Kathleen J Lax*
United States Bankruptcy Judge
Kathleen Lax

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

MFI
*Revised November 1999*    **351PP**

Order Granting Relief from Stay (Personal Property) - *Page 3 of 4*   **351PP**

| In re (SHORT TITLE) Martin Jose Backman and Monica Gabriela Backman Debtor(s). | CHAPTER: 7 CASE NO.: SV 00-19306-KL |
|---|---|

# ADEQUATE PROTECTION ATTACHMENT
**(MOVANT:** Mitsubishi Motors Credit of America, Inc. **)**

*(This Attachment is the continuation page for Paragraph 8 of the Order on the Stay Motion)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) shall make regular monthly payments in the amount of $_____ commencing _____.

2. ☐ The Debtor(s) shall cure the post-petition default computed through _____ in the sum of $_____ as follows:

   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,
   
   b. ☐ By paying the sum of $_____ on or before _____,
   
   c. ☐ By paying the sum of $_____ on or before _____,
   
   d. ☐ By paying the sum of $_____ on or before _____,
   
   e. ☐ Other:

3. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
   Disclosure Statement shall be approved on or before *(specify date)*:
   The Plan shall be confirmed on or before *(specify date)*:

4. ☐ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within ten (10) calendar days after mailing of such written notice:

   a. ☐ The Stay shall automatically terminate without further notice, hearing or order.
   
   b. ☐ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.
   
   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.
   
   d. ☐ The Movant may move for relief from the stay on regular notice.

5. ☐ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

6. ☐ See attached page for additional provisions.

Judge's Initials

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

MFI
Revised November 1999

351PP

| Order Granting Relief from Stay (Personal Property) - *Page 4 of* 4 | | **351PP** |
|---|---|---|
| In re    (SHORT TITLE)<br>Martin Jose Backman and Monica Gabriela Backman | Debtor(s). | CHAPTER: 7<br>CASE NO.: SV 00-19306-KL |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date):* 1-4-01

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date):* 1-4-01

Dated: 1-4-01

Jon D. Ceretto
Clerk of the Bankruptcy Court

By: *Gloria J. Hernandez*
Deputy Clerk

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

MFI
*Revised November 1999*    **351PP**

## Proof of Service List

| In re: Martin Jose Backman and Monica Gabriela Backman, Debtors | Case No. SV 00-19306-KL Chapter 7 |
|---|---|

Debtors
Martin Jose Backman
29923 Quail Run Drive
Agoura Hills, California  91301

Monica Gabriela Backman
29923 Quail Run Drive
Agoura Hills, California  91301

Attorney For Debtors
Kenderton S. Lynch
Law Offices of Kenderton S. Lynch
1888 Century Park East, 19th Floor
Los Angeles, California  90067

Trustee
Amy L. Goldman
Bankruptcy Trustee Offices of Amy L. Goldman
221 North Figueroa Street, Suite #1200
Los Angeles, California  90012

U.S. Trustee
Los Angeles
Suite 800
221 North Figueroa Street
Los Angeles, CA  90012

Attorneys for Movant Mitsubishi Motors Credit Of America, Inc. (and submitted by)
Stephanie M. Levy, Esq.
Manning, Leaver, Bruder & Berberich
5750 Wilshire Boulevard, Suite 655
Los Angeles, California  90036-3637