Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
## Central District of California
21041 Burbank Blvd, Woodland Hills, CA 91367

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
BACKMAN, MARTIN JOSE
**SSN:** 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
**EIN:** N/A
BACKMAN, MONICA GABRIELA
**SSN:** 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
AKA  SOSA, MONICA GABRIELA
AKA  RIVAS, MONICA
29923 QUAIL RUN DR
AGOURA HILLS, CA 91301

**BANKRUPTCY NO.** SV 00-19306-KL

**CHAPTER** 7

It appearing that the debtor is entitled to a discharge, IT IS ORDERED:  The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

**Jon D. Ceretto**
Clerk of the Court

Date: January 25, 2001

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98) VAN-30

34 /BC

000115

**TRACOR**
11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0973 1              User: BC              Page 1 of 1              Date Rcvd: Jan 26, 2001
Case: 00-19306-KL                 Form ID: VAN-30       Total Served: 35
```

The following entities were served by first class mail on Jan 28, 2001.
```
D       BACKMAN, MARTIN JOSE,   29923 QUAIL RUN DR,   AGOURA HILLS, CA 91301
J       BACKMAN, MONICA GABRIELA,   29923 QUAIL RUN DR,   AGOURA HILLS, CA 91301
DA      KENDERTON S LYNCH,   LAW OFFICES OF STEPHANIE L KRAFCHAK,   1888 CENTURY PARK EAST, 19TH FL,
           LOS ANGELES, CA 90067
T      +AMY L GOLDMAN,   221 N FIGUEROA, SUITE 1200,   LOS ANGELES, CA 90012-2646
1       UNITED STATES TRUSTEE,   221 N. FIGUEROA ST., #800,   LOS ANGELES, CA 90012
2      +LOS ANGELES CITY CLERK,   CITY HALL ROOM 101,   LOS ANGELES, CA 90012
3      +EMPLOYMENT DEVELOPMENT DEPARTMENT,   PO BOX 826880-BK GROUP,MIC92E,   SACRAMENTO, CA 94208
4      +ASSOC. CAPITAL BANK,   P.O. BOX 3988,   SALT LAKE CITY, UT 84110-3988
5      +BANK OF AMERICA,   P.O. BOX 53137,   PHOENIX, AZ 85072-3137
6       CEDARS-SINAI,   CSME PHYSCIAN BILLING,   P.O. BOX 512717,   LOS ANGELES, CA 90051
7      +CHASE MANHATTAN BANK USA,   P.O. BOX 15918,   WILMINGTON, DE 19850-5918
8      +CITY FINANCIAL RETAIL SR,   P.O. BOX 15105,   WILMINGTON, DE 19850-5105
9      +CITY FINANICAL RETAIL SR,   P.O. BOX 221309,   CHARLOTTE, NC 28222-1309
10     +DEBRA NING,   31225 LA BAYA DR. #206,   WESTLAKE VILLAG, CA 91362-6326
11     +EMC MORTGAGE CORP,   P.O. BOX 141358,   IRVING, TX 75014-1358
12      ELISA F. MENDOZA,   2717 N. BUENA VISTA,   BURBANK, CA 91504
13     +FAIRBANKS CAPITAL CORP,   P.O. BOX 65250,   SALT LAKE CITY, UT 84165-0250
14      FLEET CREDIT CARD SERV,   P.O. BOX 15480,   WILMINGTON, DE 19850
15     +FLEET MORTGAGE,   P.O. BOX 3139,   MILWAKEE, WI 53201-3139
16      G.E. CAPITAL CREDIT,   P.O. BOX 276,   DAYTON, OH 45401
17     +HRS USA BEST BUYS,   P.O. BOX 15521,   WILMINGTON, DE 19850-5521
18     +HRS USA,   P.O. BOX 703,   WOODALE, IL 60191-0703
19      JOSEPH CIMINO,   14550 BRUCE B. DOWNS BLV,   NO. 18-281,   TAMPA, FL 33613
20     +LAND ROVER FINANCIAL SRV,   P.O. BOX 3608,   DUBLIN, OH 43016-0306
21     +MBNA AMERICA,   P.O.BOX 15026,   WILMINGTON, DE 19850-5026
22     +MBNA-AMERICA,   P.O. BOX 15027,   WILMINGTON, DE 19850-5027
23      MELLON BANK,   P.O. BOX 20086,   ENCINO, CA 91416
24     +MITSUBISHI CREDIT AMERIC,   P.O. BOX 504724,   THE LAKES, NV 88905-4724
25      MURPHY MATHEWS AND ASSOC,   11018 N. DALE MABRY ST.,   SUITE 301,   TAMPA, FL 33618
26      NORTH OAKS CONDO ASSOC,   P.O. BOX 13463,   TAMPA, FL 33681
27     +RETAILERS NAT'L BANK,   TARGET CREDIT SERVICES,   P.O. BOX 1581,   MINNEAPOLIS, MN 55440-1581
28     +SEARS NAT'L BANK,   P.O. BOX 818017,   CLEVELAND, OH 44181-8017
29      SUSAN RAYBURN,   14550 BRUCE B. DOWNS BLV,   NO. 18-281,   TAMPA, FL 33613
30      WACHOVIA BANCARD SERV,   P.O. BOX 16989,   ATLANTA, GA 30321
31      FLEET MORTGAGE CORP,   C/O SYLVIA CRANSTON, ESQ,   1665 SCENIC AVE #200,   COSTA MESA, CA 92626
```

The following entities were served by electronic transmission.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Jan 28, 2001            Signature:  *Joseph Speetjens*